MICHAEL L. CHARLSON (Bar No. 122125)
DEBORAH KRAVITZ (Admitted *Pro Hac Vice*)
HELLER EHRMAN LLP
275 Middlefield Road
Menlo Park, California  94025-3506
Telephone:  (650) 324-7000
Facsimile:  (650) 324-0638
E-Mail:  michael.charlson@hellerehrman.com
         deborah.kravitz@hellerehrman.com

KERRY C. KLEIN (Bar No. 197483)
HELLER EHRMAN LLP
333 Bush Street
San Francisco, California  94104-2878
Telephone:  (415) 772-6000
Facsimile: (415) 772-6268
E-Mail:  kerry.klein@hellerehrman.com

Attorneys for Defendant
JAMES A. HARRIS

[Appearance Of Additional Counsel
Noted On Signature Page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ALEX MOGLIA, as Liquidating Trustee for and on Behalf of the Liquidating Trust of debtor U.S. AGGREGATES, INC.,<br><br>Plaintiff,<br><br>v.<br><br>JAMES A. HARRIS and MICHAEL J. STONE,<br><br>Defendants. | Case No.: C-04-2663 CW<br><br>**ORDER GRANTING STIPULATION TO EXTEND EXPERT DISCOVERY CUTOFF**<br><br>The Honorable Claudia Wilken<br><br>Trial Date:   February 27, 2006 |

STIPULATION AND [PROPOSED] ORDER TO EXTEND EXPERT DISCOVERY CUTOFF
CASE NO. C-04-2663 CW

The parties to the above-entitled action, by and through their counsel of record, hereby stipulate as follows:

## STIPULATION

This stipulation is based upon the following facts:

1. On November 3, 2004 this Court issued a Case Management Order (the "CMO"), which set a May 27, 2005 deadline for fact discovery and an August 26, 2005 deadline for expert discovery.

2. On April 8, 2005 (the first available date for the mediation) the parties to the above-entitled action participated in a mediation before the Honorable Edward A. Infante. On April 8, the parties to the related case of *In re U.S. Aggregates, Inc. Securities Litigation*, Case No. C-01-1688 CW (the "Class Action") also participated in a mediation before Judge Infante.

3. As has previously been reported to the Court by Lead Plaintiff's counsel in the Class Action, the parties to the Class Action have agreed to settle that action, have signed a Memorandum of Understanding to memorialize the essential terms of that settlement, and are proceeding to document that settlement in a Stipulation of Settlement that will be presented to the Court for preliminary approval (and assuming such approval, for an order directing notice to the settlement class and setting a hearing for final approval consideration by the Court), as contemplated by Fed. R. Civ. P. 23.

4. The parties to the above-entitled action have continued to informally discuss settlement following the April 8 mediation. Although the parties to this action have not reached a settlement, and although there can be no assurance that they will, the parties have made substantial progress toward a settlement.

5. In light of the progress in initial settlement talks, the parties to this action requested, and on May 5, 2005, this Court ordered, that the deadline to complete fact discovery as set forth in the CMO be extended to July 27, 2005. The parties have proceeded with fact discovery, and continue to do so, as contemplated by the CMO as amended.

- 1 -

CASE NO. C-04-2663 CW

1      6. While the parties have continued settlement discussions without a mediator, the parties have concluded that a further mediation is necessary if a settlement of this action is to be achieved in the relatively near future. Accordingly, the parties have scheduled a further mediation in this action for July 7, 2005 with Eric Green of Resolutions, LLC. This date is the first date on which the mediator and counsel to the parties and their insurers were all available for a mediation.

7. Under the CMO as amended, opening expert reports in this action are due July 8, 2005, rebuttal expert reports are due August 5, 2005, and the completion of expert discovery is set for August 26, 2005.

8. The parties believe that considerable time and expense will be associated with the completion of expert reports and depositions.

9. Given the parties' scheduled mediation on July 7, 2005, the parties wish to avoid incurring unnecessary expense associated with expert discovery, and jointly propose the following expert discovery schedule:

    Opening expert reports:        August 8, 2005

    Rebuttal Expert Reports:       August 26, 2005

    Completion of Expert Discovery:  September 16, 2005.

10. The brief extension the parties seek will allow the parties to concentrate their time and effort on settlement rather than expert discovery, and thereby facilitate resolution of the case. The parties also believe that if they can avoid the expenditures that would accompany expert reports and depositions, it will facilitate settlement. Finally, the Court's previous agreement to extend the deadline for the completion of fact discovery resulted in expert reports being due before several of the key depositions will have taken place. The short extension on expert discovery dates requested by the parties is expected to avoid a situation in which expert reports may need to be amended in light of deposition testimony elicited after the current deadline for filing expert reports.

//

//

- 2 -

11. The extension that the parties seek by this stipulation does not alter the trial date (currently set for February 27, 2006), the date for hearing dispositive motions (December 2, 2005), or the briefing schedule for dispositive motions.

12. There also are two fact witnesses who, for reasons related to the respective schedules of those witnesses, cannot be deposed before the current fact discovery cutoff of July 27, 2005.

13. One of the fact witnesses, Chuck Boryenace, is available for deposition only on July 28, 2005, the day after the current fact discovery cutoff. The parties stipulate that Mr. Boryenace may be deposed on July 28, 2005.

14. James Harris, one of the defendants in the above-entitled action, is scheduled for non-elective surgery on July 13, 2005. The parties stipulate that plaintiff may depose Mr. Harris after allowing a reasonable recovery time from his surgery, which most likely will be after the July 27, 2005 fact discovery cutoff.

Therefore, it is hereby stipulated that, subject to the Court's approval, the deadlines for expert reports and for completing expert discovery shall be extended as set forth in Paragraph 9 above, and that the parties may depose Mr. Boryenace and Mr. Harris after the July 27, 2005 fact discovery cutoff.

SO STIPULATED.

DATED: June 13, 2005                HELLER EHRMAN LLP

By _____/s/_____
KERRY C. KLEIN
Attorney for Defendant,
JAMES A. HARRIS

- 3 -

| | | |
|---|---|---|
| 1 | DATED: June 13, 2005 | JEFFER, MANGELS, BUTLER & MARMARO |
| 2 | | |
| 3 | | By _____/s/_____ |
| 4 | | JULIA J. RIDER<br>Attorney for Defendant, |
| 5 | | MICHAEL J. STONE |
| 6 | | |
| 7 | DATED: June 13, 2005 | BERGER & MONTAGUE, P.C. |
| 8 | | |
| 9 | | AND |
| 10 | | |
| | | WEGMAN, LEVIN & STANLEY |
| 11 | | |
| 12 | | |
| 13 | | By _____/s/_____ |
| | | DEBRA J. WEGMAN |
| 14 | | Attorney for Plaintiff,<br>ALEX D. MOGLIA |

- 4 -

STIPULATION AND [PROPOSED] ORDER TO EXTEND EXPERT DISCOVERY CUTOFF
CASE NO. C-04-2663 CW

**ORDER**

Having considered the stipulation of counsel and good cause appearing therefore, IT IS ORDERED that:

1. The date for opening expert reports shall be August 8, 2005; the date for rebuttal expert reports shall be August 26, 2005; and the date by which expert discovery shall be completed will be September 16, 2005.

2. The parties are permitted to depose Chuck Boryenace and James Harris after the July 27, 2005 fact discovery cutoff.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**


    6/17/05                /s/ CLAUDIA WILKEN

DATED: _____        _____
                                            THE HONORABLE CLAUDIA WILKEN
                                            UNITED STATES DISTRICT COURT JUDGE

6/17/05 1:13 PM ()

- 6 -

STIPULATION AND [PROPOSED] ORDER TO EXTEND EXPERT DISCOVERY CUTOFF
CASE NO. C-04-2663 CW